IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TORREY LAVELL WASHINGTON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19cv00350 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| A. DAVID ROBINSON, et al., | ) | By: Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

Plaintiff Torrey Lavell Washington, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2019, the court conditionally filed the action, advised Washington that his complaint failed to state a claim against the named defendants, and directed him to file an amended complaint within twenty-one days. See ECF No. 12. The order advised Washington that failure to file an amended complaint within the time allotted would result in dismissal. Id. Washington did not respond. Therefore, the court will dismiss Washington's complaint without prejudice for failure to comply with the court's order.

ENTER: This 25th day of August, 2019.

/s/ Michael F. Urbanski
Chief United States District Judge